IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| THIELE DAIRY, LLC, A Nebraska Limited Liability Company, | ) ) ) | |
| Plaintiff, | ) ) | 4:08CV3015 |
| v. | ) ) | |
| EARTHSOILS, INC., a Minnesota Corporation and MIKE A. MCCORMACK, | ) ) ) ) | ORDER |
| Defendants. | ) ) | |

IT IS ORDERED:

Plaintiff's motion, filing 27, to file amended complaint is granted and the amended complaint shall be filed forthwith.

DATED this 5th day of June, 2008.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge