IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| THIELE DAIRY, LLC, A Nebraska Limited Liability Company, | ) ) ) | |
| Plaintiff, | ) ) | 4:08CV3015 |
| V. | ) ) | |
| EARTHSOILS, Inc., a Minnesota Corporation, and MIKE A. MCCORMACK, | ) ) ) ) | **ORDER** |
| Defendants. | ) ) | |

This matter is before the court on Defendants' motion to dismiss the counterclaim (filing 68) that they asserted against Plaintiff in this case (filing 17). I shall grant the motion.

IT IS ORDERED:

1. Defendants' motion to dismiss counterclaim (filing 68) is granted;

2. Defendants' counterclaim (filing 17) is dismissed without prejudice;

3. The motion for summary judgment (filing 53) filed by Plaintiff with regard to Defendants' counterclaim is denied as moot;

4. Final judgment will be withheld until all claims in this matter are resolved.

December 17, 2008.

BY THE COURT:
s/*Richard G. Kopf*
United States District Judge